August 26, 2005

Mr. Emmett Cole Jr.
Cole Cole & Easley, P.C.
P.O. Drawer 510
Victoria, TX 77902-0510
Mr. Paul S. Francis
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009

RE: Case Number: 04-0100
 Court of Appeals Number: 13-01-00735-CV
 Trial Court Number: 00-8-55,199 C-3

Style: EVELYN TITTIZER, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF
 THE ESTATE OF LOUIS TITTIZER
 v.
 UNION GAS CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced causes.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Cathy |
| |Stuart |